# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CANNABIS NYE, | ) | NO. SACV 14-1490-DSF (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| A. GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 5/14/15

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE